NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE: APPOTRONICS LTD., FKA YLX LTD.,**
*Appellant*

_____

2015-1220

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 90/011,694.

_____

**JUDGMENT**

_____

YING CHEN, Chen Yoshimura LLP, Los Angeles, CA, argued for appellant.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, MEREDITH HOPE SCHOENFELD, MOLLY R. SILFEN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 9, 2015                        /s/ Daniel E. O'Toole
    Date                               Daniel E. O'Toole
                                       Clerk of Court